**RYAN G. WELDON**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, Montana 59807**
Phone: (406) 542-8851
Fax:  (406) 542-1476
Email: Ryan.Weldon@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **GENEVA MARIE NADEAU,** Defendant. | **CR 18-82-GF-BMM** **BRIEF IN SUPPORT OF UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE** |

The United States of America has moved for a Final Order of Forfeiture, forfeiting the Defendant's right, title, and interest in the property listed below. 18 U.S.C. § 2253(a).  The defendant admitted the forfeiture allegation in her plea agreement and does not oppose the motion.  L.R. CR 47.1(a).

The basis for the Government's motion is as follows:

1.      On January 2, 2019, a Preliminary Order of Forfeiture (Doc. 29) was entered by the Court forfeiting to the United States any and all of the defendant's right, title and interest in the following property:

- Samsung model SM-T310 Galaxy Tablet – SN RF2DB2EA3AD;
- SanDisk 4 GB micro SD card;
- Samsung 16 GB micro SD card (installed);
- Samsung 16 GB micro SD card;
- SanDisk 32 GB micro SD card; and
- LG cellular telephone IMEI – SN 358402087062937.

2.      The Preliminary Order of Forfeiture directed the FBI, the United States Marshal's Service, or a designated sub-custodian, to seize the property subject to forfeiture. It further directed the United States to publish notice of the forfeiture and the United States' intent to dispose of the property.

3.      The United States published notice of the defendants' forfeiture on the official government internet site (www.forfeiture.gov) for at least 30 consecutive days. A Declaration of Publication was filed on October 8, 2019. Doc. 38.

4.      To date, no party has filed a Claim, a Petition for Adjudication of Interest, or otherwise claimed any interest in the subject property.

WHEREFORE, the United States moves this Court for entry of the Final

Order of Forfeiture tendered herewith in accordance with 18 U.S.C. § 2253(a).

DATED this 6th day of November, 2019.

                KURT G. ALME
                United States Attorney


                */s/ Ryan G. Weldon*
                RYAN G. WELDON
                Assistant U.S. Attorney


### CERTIFICATE OF COMPLIANCE

Pursuant to local rule, I hereby certify that the foregoing document is proportionately spaced, has a typeface of 14 points or more, and the body of the brief contains 262 words.

DATED this 6th day of November, 2019.

                */s/ Ryan G. Weldon*
                RYAN G. WELDON
                Assistant U.S. Attorney