IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GENEVA MARIE NADEAU,<br><br>Defendant. | CR 18-82-GF-BMM<br><br><br><br>ORDER |

This matter comes before the Court on the United States' motion for final order of forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253(a).

2. A preliminary order of forfeiture was entered on January 2, 2019. (Doc. 29.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 38.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253(a).

1

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 2253(a), free from the claims of any other party, the following property:

- Samsung model SM-T310 Galaxy Tablet – SN RF2DB2EA3AD;

- SanDisk 4 GB micro SD card;

- Samsung 16 GB micro SD card (installed);

- Samsung 16 GB micro SD card;

- SanDisk 32 GB micro SD card; and

- LG cellular telephone IMEI – SN 358402087062937.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 6th day of November, 2019.

_____
Brian Morris
United States District Court Judge